UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY, | ) NO. CV 10-1932 GAF (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 8, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE